UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Calico Patrice Allard,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Federal Bureau of Prisons and Waseca FCI,<br><br>　　　　　Respondents. | Case No. 23-CV-3724 (JMB/ECW)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright. (Doc. No. 9.) The R&R recommends that Petitioner Calico Patrice Allard's petition for Writ of Habeas Corpus under under 28 U.S.C. § 2241 (Doc. No. 1) be denied and the matter be dismissed without prejudice because claims 1 and 4 are moot, claim 2 is not ripe, and because this Court lacks subject matter jurisdiction over claim 3. Allard filed a response to the R&R stating that she "understand[s] and accept[s] the reasons for denial." (Doc. No. 10.) Allard did not raise any objections to the R&R in her response. (*Id.*)

In the absence of timely objections, the Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (Doc. No. 9) is ADOPTED;

2. Petitioner Calico Patrice Allard's request for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No. 1) is DENIED; and

3. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: February 21, 2024

/s/ Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court